DEC 4 2025 PM4:02
FILED - USDC - FLMD - ORL

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**SOMMER SHERWOOD and**
**MAHDIABDUL WILKERSON,**
Plaintiffs,

v. Case No.: **6:25-cv-2203-CEM-NWH**

**RAY ADVERTISING LLC** and
**RIPON KUMAR,**
*Defendants.*
_________________________________/

# NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.07(c), I certify that the instant action:

☐ **IS** related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency.

☒ **IS NOT** related to any pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice on each party no later than seven days after the date of this filing.

Date: Dec 4, 2025

**/s/ Sommer Sherwood** [signature]
Sommer Sherwood
1848 Morgan's Mill Circle
Orlando, FL 32825
Email: sherwoodsommer1@gmail.com
Phone: 336-901-1506