AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

| | |
|---|---|
| Mahdiabdul Wilkerson, Sommer Sherwood<br>*Plaintiff(s)*<br>v.<br>Ray Advertising LLC<br>& Ripon Kumar<br>*Defendant(s)* | Civil Action No. 6:25-cv-02203-CEM-NWH |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Ray Advertising LLC

c/o registered agent Ripon Kumar R.
1267 Willis St Ste 200
Redding CA 96001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mahdiabdul Wilkerson & Sommer Sherwood
1848 Morgans Mill Cir
Orlando, FL 32825
wilkersonmahdiabdul@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 04/14/2026

[signature]
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

| | | |
|---|---|---|
| Mahdiabdul Wilkerson, Sommer Sherwood<br>*Plaintiff(s)*<br>v.<br>Ray Advertising LLC<br>& Ripon Kumar<br>*Defendant(s)* | ) | Civil Action No. 6:25-cv-02203-CEM-NWH |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

Ripon Kumar
1267 willis St Ste 200
Redding CA 96001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mahdiabdul Wilkerson & Sommer Sherwood
1848 Morgans Mill Cir
Orlando, FL 32825
wilkersonmahdiabdul@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 04/14/2026

*Signature of Clerk or Deputy Clerk*